# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1550

_____

Paul A. Culbreath,

              Appellant,

v.

Carl Dwayne Plumlee,

              Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: February 28, 2006
Filed: March 3, 2006 (corrected 3/13/06)

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Paul Culbreath appeals the district court's[1] adverse grant of summary judgment in his civil action against Carl Dwayne Plumlee. Having carefully reviewed the record, *see Madewell v. Downs*, 68 F.3d 1030, 1036 (8th Cir. 1995) (de novo standard of review), we agree with the district court that Culbreath's allegations were either time-barred or meritless, for the reasons explained in the district court's opinion. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.